IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE KROGER CO.,

                Plaintiff,              Case No. 3:07 CV 1619

   -vs-

                                   <u>CASE MANAGEMENT</u>

LOUISVILLE TITLE AGENCY
FOR N. W. OHIO, INC, et al.,

                Defendant.

KATZ, J.

The Court held a case management conference in this matter on September 12, 2007.

The parties shall file a status report on the status of settlement discussions on or before October 12, 2007. If no resolution is forthcoming at that time, the Court will set a conference for the purpose of establishing dates and deadlines.

IT IS SO ORDERED.

                                                       s/ *David A. Katz*
                                                  DAVID A. KATZ
                                                  U. S. DISTRICT JUDGE