# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THE KROGER CO., )<br>)<br>    Plaintiff, )<br>)<br>  -against- )<br>)<br>LOUISVILLE TITLE AGENCY FOR N.W. )<br>OHIO, INC., et al., )<br>)<br>    Defendants. | Case No. 07-CV-01619-DAK |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO: Clerk of Court and Counsel of Record

   PLEASE TAKE NOTICE that as a result of a merger, the law firm of LeBoeuf, Lamb, Greene & MacRae LLP will now be known as **Dewey & LeBoeuf LLP**. All pleadings and correspondence should be directed to Dewey & LeBoeuf LLP. The office address, telephone number and facsimile number remain the same, but the email address has changed, all as provided below.

Dated: October 2, 2007

                        DEWEY & LEBOEUF LLP

                        By: /s/ Michael E. Fleiss
                             Michael E. Fleiss, Esq.
                        125 West 55th Street
                        New York, New York  10019
                        212/424-8000
                        212/649-1135 (facsimile)
                        mfleiss@dl.com

                        Attorneys for Defendants First Morgan Investment
                           LLC, Realty Dealership Company, and F.G.
                           Realty Corp.

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, a copy of the foregoing **Notice of Change of Law Firm Name** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, will be served by regular U.S. mail. Parties may access this filing through the Court's system.

By: /s/ Michael E. Fleiss
Michael E. Fleiss, Esq.
DEWEY & LeBOEUF LLP
125 West 55th Street
New York, New York  10019
212/424-8000
212/649-1135 (facsimile)
mfleiss@dl.com

NYA 547319.1 14299 00002 10/2/2007 02:56pm